# SEALED

FILED

DANIEL G. BOGDEN
United States Attorney
KISHAN NAIR
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2010 AUG -6 AM 9: 40

U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> PLAINTIFF, </br></br> vs </br></br> TAMMIE ELAINE WRIGHT aka TAMMIE TEDESCO aka TAMMIE ELAINE UTTERBACK aka TAMMIE ELAINE HAUPT, </br></br> DEFENDANT. | ) </br> ) </br> ) </br> ) Mag. Case No. 2:10-mj-558-PAL </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING SEALING OF THE COMPLAINT**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Kishan Nair, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The

. . .

. . .

1  Government submits that disclosure of the information might possibly jeopardize the investigation.
2  The Government submits that its right to secrecy far outweighs the public's right to know.
3
4          DATED this 4th day of August, 2010.
5
6                                      Respectfully submitted,
7                                      DANIEL G. BOGDEN
                                    United States Attorney
8
9
10                                      KISHAN NAIR
                                    Assistant United States Attorney

2

FILED

2010 AUG -6 AM 9:40

U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs ) <br> ) <br> TAMMIE ELAINE BRIGHT aka TAMMIE ) <br> TEDESCO aka TAMMIE ELAINE ) <br> UTTERBACK aka TAMMIE ELAINE ) <br> HAUPT, ) <br> ) <br> DEFENDANT. ) | 2:10-mj-558-PAL <br> Mag. Case No. <br><br> ORDER SEALING |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 6th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE