**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**TAMMIE BRIGHT**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | Case No. 2:10-MJ-558-PAL |
| vs. | |
| **TAMMIE BRIGHT,** | |
| Defendant. | |

## EX-PARTE EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, **THOMAS F. PITARO, ESQ.**, counsel for **TAMMIE BRIGHT**, and files this Ex-Parte Emergency Motion To Modify Conditions of Release so that the Defendant can be placed at the Las Vegas Community Correction Center, located at 2801 Industrial Road, Las Vegas, NV 89106, with the conditions to leave to look for employment or for employment.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Law Office
of
**Thomas F. Pitaro**
330 S. THIRD STREET
SUITE 860
LAS VEGAS, NV 89101
(702) 382-9221

This motion is made and based upon the fact that the undersigned has been notified by Sandra Bustos of the United States Pre-trial Services that the defendant is homeless and has no place to stay and that Ms. Bustos has spoken to the Assistant United States Attorney, **KISHAN NAIR, ESQ.**, and he has no opposition to this motion.

**DATED** this 13th day of September, 2010.

/S/ Thomas F. Pitaro

**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada  89101
Attorney for Defendant
**TAMMIE BRIGHT**

Law Office
of
**Thomas F. Pitaro**
330 S. THIRD STREET
SUITE 860
LAS VEGAS, NV  89101
(702) 382-9221

2

THOMAS F. PITARO, ESQ.
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**TAMMIE BRIGHT**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

**TAMMIE BRIGHT,**

     Defendant.

Case No.  2:10-MJ-558-PAL

## ORDER

Based on the Ex-parte Emergency Motion to Modify Conditions of Release of counsel, and good cause appearing therefore, the Court hereby finds that:

**IT IS THEREFORE ORDERED** that the Ex-Parte Emergency Motion To Modify Conditions of Release be granted and that the Defendant be placed at the Las Vegas Community Correction Center, located at 2801 Industrial Road, Las Vegas, NV 89106, with the condition to leave to look for employment or for employment.

**DATED** this _____13 th_____ day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE